8149/af

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint of

FRANK J. DIEBER, as owner of a 1988 20-foot Formula SR1 vessel for Exoneration from or Limitation of Liability

Petitioner

Index No. 08 CV 2042

**ANSWER TO THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

ANGELA NORCIA, by her attorneys, BARTON BARTON & PLOTKIN, LLP as and for her Answer to the Complaint of the Petitioner, alleges as follows upon information and belief:

1) Denies having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs designated 3, 4, 9, 10, 13 and 18 of the Complaint.

2) Denies each and every allegation contained in paragraphs designated 5, 6, 7, 12, 16 and 17 of the Complaint.

WHEREFORE, ANGELA NORCIA demands judgment dismissing the Petitioner's Complaint on the merits, together with the costs and disbursements of this action.

Dated: New York, New York
April 7, 2008

>Yours, etc.
>BARTON BARTON & PLOTKIN, LLP
>Attorneys for ANGELA NORCIA
>
>By:_____
>   Thomas P. Giuffra (TG1274)
>420 Lexington Avenue
>New York, NY 10170
>(212) 687-6262

TO:
RUBIN FIORELLA & FRIEDMAN, LLP
Attorneys for Petitioner
292 Madison Avenue
New York, NY 10017

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ss.:
COUNTY OF NEW YORK   )

Alison Fumo, being duly sworn, deposes and says:  Deponent is not a party to this action and is over the age of eighteen years and resides in Old Bridge, NJ.

That on April 7 2008, at 420 Lexington Avenue, New York, New York 10170, deponent served the within ANSWER upon:

RUBIN FIORELLA & FRIEDMAN, LLP
Attorneys for Petitioner
292 Madison Avenue
New York, NY  10017

by delivering a true cop(ies) to said defendant(s) in a post-paid properly addressed sealed envelope in the exclusive care and custody of the United States Postal Service.

_____
Alison Fumo

Sworn to before me this
7th day of April 2008

_____
Notary Public

Victoria Tochin
Notary Public-State of New York
No.: 01TO6132279
Qualified in New York County
Commission Exp. Aug 22, 2009