# TIMES HERALD-RECORD
### 40 Mulberry Street, Middletown, NY 10940

State of New York:
County of Orange:   ss:

**Patricia Foddrill**

Being duly sworn deposes and says that the
ORANGE COUNTY PUBLICATIONS Division
of Ottaway Newspapers-Radio, Inc. is a corporation
organized under the laws of the State of New York
and is, at all the times hereinafter mentioned,
was the printer and publisher of The Times Herald-Record,
a daily newspaper distributed in the
Orange, Ulster, Rockland, Dutchess, Pike, PA,
Delaware and Sullivan Counties, published in
the English language in the City of Middletown,
County of Orange, State of New York, that deponent is the

**Legal Advertising Rep.**

of said The Times Herald-Record acquainted with
the facts hereinafter stated, and duly authorized by
said Corporation to make this affidavit; that the

**Public Notice**

a true printed copy of which is hereunto annexed, has been
duly and regularly published in the manner required by law
in said The Times Herald-Record in each of its issues
published upon each of the following dates, to wit:
In its issues of

3/21/08, 3/28/08

4/4/08, 4/11/08

Signature of Representative:
*Patricia [signature]*

Sworn in before me this  11

Day of ____ Apr ____ 2008

*Lorraine A. Twitty [signature]*
Notary Public, Orange County

LORRAINE A. TWITTY
Notary Public, State of New York
No. 01TW6138930
Qualified in Orange County
Term Expires December 27, 2009

## Port Jervis City School District

### NOTICE TO BIDDERS

NOTICE IS HEREBY GIVEN that sealed bids will be received by the Board of Education, Port Jervis City School District, 9 Thompson Street Port Jervis New York, 12771 for Port Jervis Middle School

| Contract No. 1: | Timber Structural Repairs |
| Contract No. 2: | Mechanical Upgrades |
| Contract No. 3: | Fire Protection |

The bids shall be in accordance with the Specifications, Drawings and Terms of the Proposed Contract.

These proposals will be received by Lorelei Case, Port Jervis City School District at the District Office, located at 9 Thompson Street until 4:00p.m. prevailing time on Friday May 2, 2008 for the Port Jervis Middle School. Attendance at the pre-bid meeting is highly recommended. School Renovations at which time they will be publicly opened and read aloud.

### OBTAINING DOCUMENTS:

The Contract Documents, including Drawings and Specifications may be examined at Port Jervis City School District, District office between the hours of 9:00a.m. and 4:00p.m., Monday through Friday beginning on Monday April 14, 2008.

Contract Documents may be obtained upon deposit of $100.00 for each combined set of drawings and specifications. The deposit is refundable upon return of the documents in good condition within thirty (30) days of the bid opening.

### BID SUBMISSIONS:

Each proposal must be accompanied by a bid security in the amount not less than five (5%) percent of the bid, in the form and subject to the conditions stipulated in the Information to Bidders. No Bidder(s) shall withdraw his/her bid within forty-five (45) days after the formal bid opening thereof.

The Owner reserves the right to waive any informality in any proposals or to reject any or all proposals and to advertise for new proposals.

### PRE-BID MEETING AND SITE INSPECTION:

A Pre-Bid meeting is scheduled for Wednesday April 23, 2008 at 10:00a.m. Bidders are to meet at the main entrance of the Port Jervis Middle School. Attendance at the pre-bid meeting is highly recommended.

### ADDENDA:

Any additional addenda will be issued by Monday April 28, 2008.

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
IN THE MATTER OF THE COMPLAINT
of
FRANK J. DIEBER, as owner of a 1988 20-foot Formula
SR1 vessel for Exoneration from or Limitation of Liability.
                                               Petitioner.
--------------------------------------x

Civil Action No.: 08 CV 2042
**NOTICE OF FILING A COMPLAINT
FOR EXONERATION FROM
OR LIMITATION OF LIABILITY**

PLEASE TAKE NOTICE that FRANK J. DIEBER (hereinafter "Petitioner") as owner of a 1988 20-foot Formula SR1 Vessel (hereinafter the "Vessel") has filed a Complaint claiming the right to Exoneration from or Limitation of Liability pursuant to the vessel owner's Limitation of Liability Act, Title 46 U.S.C. §30501 et seq., for all claims, damages and/or losses arising out of or resulting from a boating accident alleged to have occurred between the Vessel and a pontoon-type boat on or about June 29, 2007, on the navigable waters of Greenwood Lake, Orange County, New York, as described in the Complaint, and

PLEASE TAKE FURTHER NOTICE that all persons, entities or corporations, having any claim or suit against Petitioner arising or resulting from the alleged accident must file a Claim as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-4150 and must deliver or mail to the attorneys for the Petitioner, James E. Mercante, Esq., RUBIN, FIORELLA & FRIEDMAN LLP, 292 Madison Avenue, 11th Floor, New York, New York 10017, a copy on or before April 21, 2008 or be defaulted. Personal attendance is not required.

FURTHER, any Claimant desiring to contest Petitioner's right either to an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule "F" of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioner, or be defaulted.

Dates: White Plains, New York
March 7, 2008

J. MICHAEL McMAHON
Clerk
ROBERT ROGERS
Deputy-in-Charge
USDC/SDNY

## Euphoria Health Food Market, LLC

The name of the limited liability company is Euphoria Health Food Market, LLC. Articles of Organization were filed with the New York Secretary of State's office on 1-3-08. The County in which the office is to be located: Orange. The New York Secretary of State is designated as agent of the LLC upon whom process against it may be served. The address to which the Secretary of State shall mail a copy of any process against the LLC is: 50 Carpenter Avenue #2, Middletown, NY 10940.

---

## Notice of Sale

SUPREME COURT: ORANGE COUNTY, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, Pltf. vs. DAVID PRINCE, et al, Defts. Index #7782/06. Pursuant to judgment of foreclosure and sale dated Feb. 21, 2007, I will sell at public auction in the lobby of the Supreme Court Wing, Orange County Government Center, 255 Main St., Goshen, NY on May 2, 2008 at 10:30 a.m. prem. k/a 111 Arcadian Trail, Monroe, NY a/k/a Sec. 28, Block 7, Lot 10 a/k/a being in the Town of Blooming Grove, County of Orange and state of New York, beginning at an iron pipe found on the southerly side of Arcadian Trail, said pipe being the northwesterly most corner of the lands reputedly of Malone and also being SW a distance of 53.05 ft. from an iron pipe found; thence from said point or place of beginning the following 2 courses and distances along the lands reputedly of said Malone, (1) SE a distance of 210 ft.; (2) SE a distance of 207.84 ft.; thence along Arcadian Trail (formerly Emerald Train), SE a distance of 20 ft.; thence the following 4 courses and distances along the lands reputedly of the County of Orange, (1) SW a distance of 80 ft.; (2) SE a distance of 100 ft.; (3) NE a distance of 80 ft.; (4) NW a distance of 100ft.; thence along the southerly side of Arcadian Trail (formerly Emerald Trail), NE 8 ft.; thence along lands reputedly of Berger, SE a distance 100 ft.; thence continuing along the lands reputedly of said Berger, along the lands reputedly of Reiger, and along the lands reputedly of Percorino, NE a distance of 305 ft.; thence the following 2 courses and distances along the westerly side of Sunset Trail: (1) SE a distance of 263.31 ft.; (2) SE a distance of 97.06 ft. to an iron found; thence along the northerly side of Woodland Trail and along the lands reputedly of Cush SE a distance of 119.57 ft.; thence along the lands reputedly of Longbottom and along the lands reputedly of Lynch SW a distance of 113.87 ft.; thence continuing along the lands reputedly of said Lynch, SE a distance of 110 ft.; thence along the northerly side of Gloria Trail (unimproved), SW a distance of 7.48 ft. to an iron pipe found; thence continuing along said Gloria Trail (unimproved), SW a distance of 7.48 ft. on an iron pipe found; thence continuing along said Gloria Trail (unimproved), SE a distance of 130 ft.; thence along the lands reputedly of Welsman, SE a distance of 130 ft.; thence along the lands reputedly of Mt. Lodge Park Corporation, SW a distance of 207.41 ft. to an iron pipe found; thence along the lands reputedly of A&M Development, NW a distance of 1085.64 ft.; thence along the lands reputedly of Kindlann, NE a distance of 287.14 ft.; thence the following 2 courses and distances along said Arcadian Trail; (1) SE a distance of 23.12 ft.; (2) NE a distance of 26.23 ft. to the point or place of beginning. Approx. amt. of judgment is $212,556.16 plus costs and interest. This is a First Mortgage. Sold subject to terms and conditions of filed judgment and terms of sale. BERNADETTE LUPINETTI, Referee. DRUCKMAN & SINEL, Attys. For Pltf., 242 Drexel Ave., Westbury, NY. #7008

---

## Legal Notice

### NOTICE OF INTENT TO ABANDON RAIL SERVICE

The Middletown and New Jersey Railway, Inc. ("M&NJ") gives notice that on or about April 25, 2008, it intends to file with the Surface Transportation Board ("STB"), Washington, D.C. 20423, a Notice of Exemption under 49 CFR 1152, Subpart 1 - Exempt Abandonment permitting the abandonment of a 7.5 mile line of railroad between rail and mile posts 6.5, which traverses through US Postal Service Zip Codes 10973, 10933, 10998 and mile post 14, which traverses US Postal Service Zip Codes 10988 in Orange County, New York. The proceeding will be docketed as No. AB-62.

The Board's Section of Environmental Analysis ("SEA") will generally prepare an Environmental Assessment ("EA"), which will normally be available 25 days after the filing of the Notice of Exemption. Comments on environmental and Energy matters should be filed no later than 15 days after the EA becomes available to the public and will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding the environmental matters by writing the Section of Environmental Analysis, Surface Transportation Board, Washington, D.C. 20423 or by calling the office at 202-245-0295.

Appropriate offers of financial assistance to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use can also can be filed with the Board. An original and 10 copies of any pleading that raises matters other then environmental issues (such as trail use, public use, and offers of financial assistance) must be filed directly with the Board's Office of the Secretary, Washington, D.C. 20423 [See 49 CFR 1104 1(a), and 1104 3(a)] and one copy must be served on applicants' representative [See 49 CFR 1104 12(a)]. Questions regarding offers of financial assistance, public use or trail use may be directed to the Board's Office of Congressional and Public Services at 202-245-0230. Copies of any comments or requests for conditions should be served on the applicant's representative, Thomas Winant, 140 East Main Street, Middletown, NY 10940.

## Village of Unionville

### NOTICE OF SPECIAL MEETING
### TO ADOPT FINAL VILLAGE BUDGET

### FOR FISCAL YEAR 2008-2009

The Board of Trustees of the Village of Unionville will hold a Special Meeting at the Village Office, 7 Main Street, Unionville, New York, on Monday, April 21, 2008 at 7:15 PM for the purpose of adopting the Final Village Budget for the Fiscal Year 2008 - May 31, 2009 and for such other business as will be deemed necessary.

By Order of
The Board of Trustees of
The Village of Unionville
Sally Crawford
Village Clerk

---

## Highland Falls - Fort Montgomery

### CENTRAL SCHOOL DISTRICT
### 21 MORGAN ROAD
### FORT MONTGOMERY, NEW YORK 10922

### NOTICE TO BIDDERS

THE BOARD OF EDUCATION OF THE HIGHLAND FALLS - FORT MONTGOMERY CENTRAL SCHOOL DISTRICT (HEREINAFTER REFERRED TO AS THE "DISTRICT") HEREBY INVITES THE SUBMISSION OF SEALED BIDS FROM REPUTABLE AND QUALIFIED BUS TRANSPORTATION COMPANIES FOR FURNISHING:

### FLORIDA, NEW YORK

FORMS FOR PROPOSAL, CERTIFICATION, CONDITIONS, SPECIFICATIONS AND BIDS MAY BE OBTAINED AT THE HIGHLAND FALLS - FORT MONTGOMERY CENTRAL SCHOOL DISTRICT BUSINESS OFFICE, 21 MORGAN ROAD, FORT MONTGOMERY, NEW YORK 10922, FOR DEPOSIT OF $50.00, REFUNDABLE IN ACCORDANCE WITH GENERAL MUNICIPAL LAW, SECTION 102, TO COVER THE COSTS OF PREPARATION, HANDLING AND DISTRIBUTION. TO PICK-UP IN PERSON, DELIVER A LETTER OF REQUEST ON YOUR BUSINESS STATIONARY ALONG WITH A CERTIFIED BUSINESS CHECK, OR BANK CASHIER'S CHECK, FOR $50.00.

IN ALL CASES IT MUST BE UNDERSTOOD THAT THE CONDITIONS AND SPECIFICATIONS OF THE HIGHLAND FALLS - FORT MONTGOMERY CENTRAL SCHOOL DISTRICT SHALL APPLY. SEALED BIDS MUST BE MARKED, "FLORIDA, NEW YORK 2007-2008", AND WILL BE RECEIVED UNTIL 1:00 PM ON WEDNESDAY, APRIL 23RD, 2008, AT THE HIGHLAND FALLS - FORT MONTGOMERY CENTRAL SCHOOL DISTRICT TRANSPORTATION OFFICE LOCATED AT 21 MORGAN ROAD, FORT MONTGOMERY, NEW YORK 10922 AT WHICH TIME AND PLACE ALL BIDS WILL BE PUBLICLY OPENED. A PRE-BID CONFERENCE WILL BE HELD AT THE DISTRICT'S TRANSPORTATION OFFICE ON TUESDAY, APRIL 22ND, 2008, AT 9:30 AM.

THE BOARD OF EDUCATION RESERVES THE RIGHT TO CONSIDER FINANCIAL RESPONSIBILITY, EXPERIENCE, SERVICE, AND REPUTATION IN THE PUPIL TRANSPORTATION FIELD, AS WELL AS THE SPECIFIC QUALIFICATIONS OF THE PROSPECTIVE BIDDER SET OUT HEREIN, IN CONSIDERING BIDS AND AWARDING THE CONTRACT. THE BOARD RESERVES THE RIGHT TO REJECT ANY OR ALL BIDS.

DATED: APRIL 7, 2008

BOARD OF EDUCATION
HIGHLAND FALLS - FORT MONTGOMERY CSD

---

## Legal Notice

NOTICE IS HEREBY GIVEN that an Order entered by the Supreme Court, Orange County, on the 7th day of April, 2008, bearing Index No. 3061-2008, a copy of which may be examined at the office of the Clerk, located at the Orange County Govt. Center, 255 Main St., Goshen N.Y., grants me the right to assume the name of Elvin Carl Armstrong II. My present address is 16 Winthrop Ave, Middletown, N.Y. 10940. My date of birth is 12/02/1984. My present name is Elvin Carl Mortise.

---

SUMMONS AND NOTICE OF OBJECT OF ACTION STATE OF NEW YORK SUPREME COURT: COUNTY OF SULLIVAN ACTION TO FORECLOSE A MORTGAGE INDEX NO.: 382/07 BENEFICIAL HOMEOWNER SERVICE CORPORATION Plaintiff, vs. MARK WILSON, BILHA YEHESKA, KATHERINE SEAMAN A/K/A KATHERINE WILCOX, Defendant(s). Mortgaged Premises: 230 NEVERSINK ROAD N/K/A 5941 STATE ROUTE 55, LIBERTY, NY 12754 SBL #: 23.1-45 TO THE ABOVE NAMED DEFENDANT: You are hereby summoned to answer the Complaint in this action, and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiff(s) attorney(s) within twenty days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York). In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint. The Attorney for Plaintiff has an office for business in the County of Erie. Trial to be held in the County of SULLIVAN. The basis of the venue designated above is the location of the Mortgaged Premises. Dated this 17th day of March, 2008, Steven J. Baum, P.C., Attorney(s) For Plaintiff(s), 220 Northpointe Parkway, Suite G, Amherst, NY 14228 TO: MARK WILSON, BILHA YEHESKA, Defendant(s) In this Action. The foregoing Summons is served upon you by publication, pursuant to an order of HON. FRANK J. LABUDA of the Supreme Court of the State of New York, dated the 15TH day of February, 2008, and filed with the Complaint in the Office of the SULLIVAN County Clerk, in the City of Monticello. The object of this action is to foreclose a mortgage upon premises described below, executed by MARK WILSON, BILHA YEHESKA dated the 6th day of March, 2008, to secure the sum of $10,000.00 and recorded at Liber 2354 of Mortgages at Page 12, in the Office of the Clerk of the County of SULLIVAN, on the 11th day of April, 2002, which mortgage was duly assigned by assignment dated the 29th day of January, 2007, and recorded on the 26th day of March, 2007, in the Office of the Clerk of SULLIVAN County at Instrument No. 2007-0002101. The property in question is described as follows: 230 NEVERSINK ROAD N/K/A 5941 STATE ROUTE 55, LIBERTY, NY 12754 SEE FOLLOWING DESCRIPTION ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, with the buildings and improvements thereon erected, situate, lying and being in the Town of Liberty, County of Sullivan, State of New York, and bounded and described as follows: BEGINNING at a point in center line of Liberty-Neversink Road, said point being 481.5 feet measured along center line of said road in an easterly direction from the line between Miller and Simmons in center of said road; RUNNING THENCE north 82 degrees 15 minutes east 208 feet along centerline of said road to a point; THENCE north 3 degrees 13 minutes west 208 feet passing through an inner pipe located on north side of said road to an iron pipe in the ground; THENCE south 82 degrees 15 minutes west 208 feet an iron pipe in the ground; THENCE south 3 degrees 13 minutes east, 208 feet passing through an iron pipe on the side of said road to the point or place of BEGINNING. DATED: March 17, 2008 Steven J. Baum, P.C., Attorney(s) For Plaintiff(s), 220 Northpointe Parkway, Suite G, Amherst, NY 14228

---

## 5 Shineva Ct LLC

A domestic Limited Liability Company (LLC) filed with the Sec of State of NY on 7-5-07. NY Office location: Orange County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process against the LLC served upon him/her to: The LLC, 15 Garfield Rd., Unit 101, Monroe, NY 10950. General purposes.

---

## NOTICE OF CHANGE
## IN RATE SCHEDULE

On March 19, 2008, Central Hudson Gas & Electric Corporation filed with the Public Service Commission of the State of New York amendments to its rate schedule P.S.C. No. 15 - Electricity providing that effective July 1, 2008 the cost basis used to determine contributions for underground electric line extensions in new residential subdivisions will be changed as follows:

|  | Present | Proposed |
|---|---|---|
| Overhead Supply Lines | $ 24.56 | $ 28.78 | per foot |
| Underground Supply Lines | $ 9.90 | $ 10.60 | per trench foot |
| Underground Distribution Lines | $ 12.58 | $ 13.33 | per trench foot |
| Underground Service Lines | $ 11.08 | $ 11.83 | per trench foot |

The amendments also provide that effective July 1, 2008 the credit applicable to trenching underground distribution and services in residential subdivisions for electric only service installations will be changed from $7.72 per foot to $7.95 per foot. The credit applicable for combination electric and gas service installations in a common trench will be changed from $11.04 per foot to $12.75 per foot.

## CENTRAL HUDSON GAS & ELECTRIC CORPORATION

RUBIN, FIORELLA & FRIEDMAN LLP    RECEIVED APR 2008