UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint of

FRANK J. DIEBER, as owner of a 1988 20-foot Formula SR1 vessel for Exoneration From or Limitation of Liability,

               Petitioner.

Civil Action No.:  08 CV 2042 (CLB)

**AXIS REINSURANCE COMPANY'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Axis Reinsurance Company ("Axis Reinsurance"), a private non-governmental party, states that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    a.    Axis Capital Holdings Limited.

Dated: April 21, 2008
       White Plains, New York

                               Respectfully submitted,

                               **PISCIOTTI, MALSCH & BUCKLEY, P.C.**

                 By:    *s/ Jeffrey M. Malsch*
                        Jeffrey M. Malsch (JM 3694)

                        444 Hamilton Avenue, Suite 1102
                        White Plains, New York 10601
                        Telephone:  (914) 287-7711
                        Facsimile:   (914) 287-7715
                        Email:  jmalsch@pmblegalfirm.com

TO:    Mr. James E. Mercante, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Petitioner*
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

Mr. Thomas P. Giuffra, Esq.
BARTON BARTON & PLOTKIN, LLP
*Attorneys for Angela Norcia*
420 Lexington Avenue
New York, New York 10170
(212) 687-6262

Mr. Joseph P. Petrizzo, Esq.
DePROSPO, PETRIZZO & LONGO
*Attorneys for Frank J. Dieber, Jr.*
42 Park Place
Goshen, New York 10924
(845) 294-3361

Mr. Mario Batelli, Esq.
FOSTER & MAZZIE, LLC
*Attorneys for Claimant Tara Pinand*
10 Furler Street
Totowa, New Jersey 07511
(973) 785-4000

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to attorneys of record, registered users of the CM/ECF system:

Mr. James E. Mercante, Esq. (at jmercante@rubinfiorella.com)
Mr. Yoon Sang (Robert) Han, Esq. (at rhan@rubinfiorella.com)
RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Petitioner*
292 Madison Avenue, 11th Floor
New York, New York 10017

Mr. Thomas P. Giuffra, Esq. (at tgiuffra@bartonesq.net)
BARTON BARTON & PLOTKIN, LLP
*Attorneys for Angela Norcia*
420 Lexington Avenue
New York, New York 10170

Mr. Mario Batelli, Esq. (at mariobatelli@fostermazzielaw.com)
FOSTER & MAZZIE, LLC
*Attorneys for Claimant Tara Pinand*
10 Furler Street
Totowa, New Jersey 07512

I further certify that on April 21, 2008, I served the foregoing on the above and below-listed persons and/or entities by depositing same into the sole possession of the United States Postal Service in a sealed envelope addressed to non-registered users of the CM/ECF System, with postage pre-paid:

Mr. Joseph P. Petrizzo, Esq.
DePROSPO, PETRIZZO & LONGO
*Attorneys for Frank J. Dieber, Jr.*
42 Park Place
Goshen, New York 10924

                                                  *s/ Jeffrey M. Malsch*
                                                  Jmalsch@pmblegalfirm.com