UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In the Matter of the Complaint of

FRANK J. DIEBER, as owner of a 1988 20-foot
Formula SR1 vessel for Exoneration From or
Limitation of Liability,

                 Petitioner.                 Civil Action No.:  08 CV 2042 (CLB)

**CLAIM OF AXIS REINSURANCE COMPANY a/s/o TARA PINAND AGAINST FRANK J. DIEBER, SR.**

       CLAIMANT AXIS REINSURANCE COMPANY a/s/o TARA A. PINAND ("Axis Reinsurance"), by and through its attorneys, PISCIOTTI, MALSCH & BUCKLEY, P.C., alleges the following causes of action against Petitioner:

       1.     That the alleged injuries and damages to Angela M. Norcia and other persons arising from the incident on Greenwood Lake on or about June 29, 2007 were sustained as the direct result of Petitioner Frank J. Dieber's 1988 twenty-foot Formula SRI Vessel's unseaworthiness and/or Petitioner Frank J. Dieber's negligence, reckless, malice, willful, or wanton misconduct and breach of maritime duties.

       2.     That as the marine liability insurer of Tara A. Pinand, on or about November 27, 2007, Axis Reinsurance issued a check to Tara A. Pinand payable for $13,000, which represented the insured value of the boat and trailer as it was declared a total constructive loss.

       3.     That Axis Reinsurance paid $1,419.00 in expenses to a surveyor and salvage company in connection with the above-described loss and received $1,200.00 for the sale of the salvage, which equals $219.00 in lost expenses.

4. That as a result of this incident, Tara A. Pinand, by her subrogor, was damaged in the sum of $13,219.00, plus interest from November 27, 2007.

**WHEREFORE**, CLAIMANT AXIS REINSURANCE demands judgment against the defendant in the sum of $13,219.00, together with interest and costs and disbursements of this action.

Dated: April 21, 2008
       White Plains, New York

                                          Respectfully submitted,

                                          **PISCIOTTI, MALSCH & BUCKLEY, P.C.**

                                          By:  *s/ Jeffrey M. Malsch*
                                                  Jeffrey M. Malsch (JM 3694)

                                                  444 Hamilton Avenue, Suite 1102
                                                White Plains, New York 10601
                                                Telephone:  (914) 287-7711
                                                Facsimile:   (914) 287-7715

                                                Attorneys for Claimant Axis Reinsurance Company a/s/o Tara A. Pinand.

TO:   Mr. James E. Mercante, Esq.
        RUBIN, FIORELLA & FRIEDMAN LLP
        *Attorneys for Petitioner*
        292 Madison Avenue, 11th Floor
        New York, New York 10017
        (212) 953-2381

        Mr. Thomas P. Giuffra, Esq.
        BARTON BARTON & PLOTKIN, LLP
        *Attorneys for Angela Norcia*
        420 Lexington Avenue
        New York, New York 10170
        (212) 687-6262

Mr. Joseph P. Petrizzo, Esq.
DePROSPO, PETRIZZO & LONGO
*Attorneys for Frank J. Dieber, Jr.*
42 Park Place
Goshen, New York 10924
(845) 294-3361

Mr. Mario Batelli, Esq.
FOSTER & MAZZIE, LLC
*Attorneys for Claimant Tara Pinand*
10 Furler Street
Totowa, New Jersey 07511
(973) 785-4000

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to attorneys of record, registered users of the CM/ECF system:

Mr. James E. Mercante, Esq. (at jmercante@rubinfiorella.com)
Mr. Yoon Sang (Robert) Han, Esq. (at rhan@rubinfiorella.com)
RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for Petitioner*
292 Madison Avenue, 11th Floor
New York, New York 10017

Mr. Thomas P. Giuffra, Esq. (at tgiuffra@bartonesq.net)
BARTON BARTON & PLOTKIN, LLP
*Attorneys for Angela Norcia*
420 Lexington Avenue
New York, New York 10170

Mr. Mario Batelli, Esq. (at mariobatelli@fostermazzielaw.com)
FOSTER & MAZZIE, LLC
*Attorneys for Claimant Tara Pinand*
10 Furler Street
Totowa, New Jersey 07512

I further certify that on April 21, 2008, I served the foregoing on the above and below-listed persons and/or entities by depositing same into the sole possession of the United States Postal Service in a sealed envelope addressed to non-registered users of the CM/ECF System, with postage pre-paid:

Mr. Joseph P. Petrizzo, Esq.
DePROSPO, PETRIZZO & LONGO
*Attorneys for Frank J. Dieber, Jr.*
42 Park Place
Goshen, New York 10924

                                              *s/ Jeffrey M. Malsch*
                                              Jmalsch@pmblegalfirm.com